828

No. 01–9056. BOTELLO, AKA BENITEZ BOTELLO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–9064. HAGEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–9097. PAUL v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–9265. KUYPERS v. COMPTROLLER OF THE TREASURY OF MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–9270. PARIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–9293. GOSIER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 01–9380. O'NEAL, AKA MOORE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9423. TAYLOR v. PEARL CRUISES ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–9424. TALLINI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9452. DEAL v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 01–9455. ORSO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9483. IRVIN v. HAWLEY, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–9504. EVERETT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–9509. BERRY v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 01–9517. HARROWER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.